**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6546**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

AHMED SALA ALI BURALE, a/k/a Ahmed Salah Ali, Ahmed Hindi, Ahmed Salah Ali Burle,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:11-cr-00034-RBS-DEM-13)

---

Submitted:  September 12, 2024           Decided:  September 16, 2024

---

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ahmed Sala Ali Burale, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Sala Ali Burale appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part B, Subpart 1, of Amendment 821 to the Sentencing Guidelines. We conclude that the district court adequately explained its reasons for denying Burale's motion and that the court did not abuse its discretion in finding that Burale was ineligible for relief. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standards). Accordingly, we affirm the district court's judgment. *United States v. Burale*, No. 2:11-cr-00034-RBS-DEM-13 (E.D. Va. May 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
